UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

N-18-3

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 3:19cr126(KAD) |
| v. | VIOLATIONS: |
| GARY JOSEPH GRAVELLE, a.k.a. ROLAND PREJEAN | 18 U.S.C. § 844(e) (Maliciously conveying false information about explosive) 18 U.S.C. § 1038(a)(1) (False information and hoax) 18 U.S.C. § 871(a) (Threats against President) |

## INDICTMENT

The Grand Jury charges:

### Background

1. The defendant GARY JOSEPH GRAVELLE, a.k.a. "Roland Prejean," lived in New Haven, Connecticut.

2. The defendant claimed to be in a white separatist group organization entitled the American Knights of Anarchy or AKA.

### COUNT ONE
(Maliciously conveying false information about explosive)

3. Paragraphs 1 and 2 are incorporated by reference.

4. On or about September 4, 2018, at approximately 6:54 p.m., in the District of Connecticut, the defendant, through the use of e-mail, maliciously conveyed false information knowing the same to be false, concerning an attempt and alleged attempt to kill, to injure, and to intimidate a person, whose identity is known to the Grand Jury, and to unlawfully damage and destroy a building and other real and personal property, that is the

Fellowship House located at 441 Elm Street, New Haven, Connecticut, by means of an explosive, in or affecting interstate commerce.

In violation of Title 18, United States Code, Section 844(e).

## COUNT TWO
(Maliciously conveying false information about explosive)

5. Paragraphs 1 and 2 are incorporated by reference.

6. On or about September 4, 2018, at approximately 8:00 p.m., in the District of Connecticut, the defendant, through the use of e-mail, maliciously conveyed false information knowing the same to be false, concerning an attempt and alleged attempt to kill, to injure, and to intimidate two United States Probation Officers, whose identities are known to the Grand Jury, and to unlawfully damage and destroy a building and other real and personal property located at the Abraham A. Ribicoff Federal Building located at 450 Main Street, Hartford, Connecticut, by means of an explosive, in or affecting interstate commerce.

In violation of Title 18, United States Code, Section 844(e).

## COUNT THREE
(Maliciously conveying false information about explosive)

7. Paragraphs 1 and 2 are incorporated by reference.

8. On or about September 4, 2018, at approximately 8:04 p.m., in the District of Connecticut, the defendant, through the use of e-mail, maliciously conveyed false information knowing the same to be false, concerning an attempt and alleged attempt to kill, to injure, and to intimidate a United States Probation Officer, whose identity is known to the Grand Jury, and to unlawfully damage and destroy a building and other real and personal property, that is the United States Probation Officer's house, by means of an explosive, in or affecting interstate commerce.

In violation of Title 18, United States Code, Section 844(e).

## COUNT FOUR
(Maliciously conveying false information about explosive)

9. Paragraphs 1 and 2 are incorporated by reference.

10. On or about September 4, 2018, at approximately 11:22 p.m., in the District of Connecticut, the defendant, through the use of e-mail, maliciously conveyed false information knowing the same to be false, concerning an attempt and alleged attempt to kill, to injure, and to intimidate those at Burlington International Airport, South Burlington, Vermont, and to unlawfully damage and destroy a building and other real and personal property, including planes, located at Burlington International Airport, South Burlington, Vermont, by means of an explosive, in or affecting interstate commerce.

In violation of Title 18, United States Code, Section 844(e).

## COUNT FIVE
(Maliciously conveying false information about explosive)

11. Paragraphs 1 and 2 are incorporated by reference.

12. On or about September 4, 2018, at approximately 11:35 p.m., in the District of Connecticut, the defendant, through the use of e-mail, maliciously conveyed false information knowing the same to be false, concerning an attempt and alleged attempt to kill, to injure, and to intimidate federal law enforcement officers and Bureau of Prison staff at the Federal Detention Center SeaTac, Seattle, Washington, and to unlawfully damage and destroy a building and other real and personal property located at 2425 South 200th Street, Seattle, Washington, by means of an explosive, in or affecting interstate commerce.

In violation of Title 18, United States Code, Section 844(e).

## COUNT SIX
(Maliciously conveying false information about explosive)

13. Paragraphs 1 and 2 are incorporated by reference.

14. On or about September 5, 2018, at approximately 12:04 a.m., in the District of Connecticut, the defendant, through the use of email, maliciously conveyed false information knowing the same to be false, concerning an attempt and alleged attempt to kill, to injure, and to intimidate various people with the Connecticut Mental Health Center, whose identities are known to the Grand Jury, and to unlawfully damage and destroy a building and other real and personal property, that is, the Connecticut Mental Health Center located at 34 Park Street, New Haven, Connecticut, by means of an explosive, in or affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Section 844(e).

## COUNT SEVEN
(Maliciously conveying false information about explosive)

15. Paragraphs 1 and 2 are incorporated by reference.

16. On or about September 5, 2018, at approximately 3:48 a.m. and 4:02 a.m., in the District of Connecticut, the defendant, through the use of e-mail, maliciously conveyed false information knowing the same to be false, concerning an attempt and alleged attempt to kill, to injure, and to intimidate various staff members and clients of Continuum of Care, whose identities are known to the Grand Jury, and to unlawfully damage and destroy a building and other real and personal property, that is, the Continuum of Care located at 517 Norton Parkway, New Haven, Connecticut, by means of an explosive, in or affecting interstate commerce.

In violation of Title 18, United States Code, Section 844(e).

## COUNT EIGHT
(Maliciously conveying false information about explosive)

17. Paragraphs 1 and 2 are incorporated by reference.

18. On or about September 5, 2018, at approximately 4:17 a.m., in the District of Connecticut, the defendant, through the use of the telephone, maliciously conveyed false information knowing the same to be false, concerning an attempt and alleged attempt to kill, to injure, and to intimidate a person and others at the Connecticut Mental Health Center, whose identities are known to the Grand Jury, and to unlawfully damage and destroy a building and other real and personal property, that is, the Connecticut Mental Health Center located at 34 Park Street, New Haven, Connecticut, by means of an explosive, in or affecting interstate commerce.

In violation of Title 18, United States Code, Section 844(e).

## COUNT NINE
(Maliciously conveying false information about explosive)

19. Paragraphs 1 and 2 are incorporated by reference.

20. On or about September 5, 2018, at approximately 4:34 a.m., in the District of Connecticut, the defendant, through the use the telephone, maliciously conveyed false information knowing the same to be false, concerning an attempt and alleged attempt to kill, to injure, and to intimidate United States District Judge Vanessa L. Bryant and others at the Abraham A. Ribicoff Federal Building, 450 Main Street, Hartford, Connecticut, and to unlawfully damage and destroy a building and other real and personal property, that is, the Abraham A. Ribicoff Federal Building located at 450 Main Street, Hartford, by means of an explosive, in or affecting interstate commerce.

In violation of Title 18, United States Code, Section 844(e).

## COUNT TEN
(Maliciously conveying false information about explosive)

21. Paragraphs 1 and 2 are incorporated by reference.

22. On or about September 4, 2018, in the District of Connecticut, the defendant, through the use of the mail, maliciously conveyed false information knowing the same to be false, concerning an attempt and alleged attempt to kill, to injure, and to intimidate United States District Judge Vanessa L. Bryant and others at the Abraham A. Ribicoff Federal Building, 450 Main Street, Hartford, Connecticut, and to unlawfully damage and destroy a building and other real and personal property, that is, the Abraham A. Ribicoff Federal Building located at 450 Main Street, Hartford, by means of an explosive, in or affecting interstate commerce.

In violation of Title 18, United States Code, Section 844(e).

## COUNT ELEVEN
(Maliciously conveying false information about explosive)

23. Paragraphs 1 and 2 are incorporated by reference.

24. On or about September 4, 2018, in the District of Connecticut, the defendant, through the use of the mail, maliciously conveyed false information knowing the same to be false, concerning an attempt and alleged attempt to kill, to injure, and to intimidate those working at Old Saybrook Center, 263 Main Street, Old Saybrook, Connecticut, and to unlawfully damage and destroy a building and other real and personal property located at Old Saybrook Center, 263 Main Street, Old Saybrook, Connecticut, by means of an explosive, in or affecting interstate commerce.

In violation of Title 18, United States Code, Section 844(e).

## COUNT TWELVE
(Maliciously conveying false information about explosive)

25. Paragraphs 1 and 2 are incorporated by reference.

26. On or about September 4, 2018, in the District of Connecticut, the defendant, through the use of the mail, maliciously conveyed false information knowing the same to be false, concerning an attempt and alleged attempt to kill, to injure, and to intimidate employees of the First Bristol Federal Credit Union, and to unlawfully damage and destroy a building and other real and personal property, that is, the First Bristol Federal Credit Union located at 25 North Street, Bristol, Connecticut, by means of an explosive, in or affecting interstate commerce.

In violation of Title 18, United States Code, Section 844(e).

## COUNT THIRTEEN
(False information and hoax)

27. Paragraphs 1 and 2 are incorporated by reference.

28. On or about September 4, 2018, in the District of Connecticut, the defendant, knowingly engaged in conduct with intent to convey false and misleading information, under circumstances where such information may reasonably be believed and where such information indicated that an activity has taken, is taking, or will take place that would constitute a violation of Chapter 10 of Title 18 of the United States Code; that is, the defendant knowingly mailed an envelope addressed to "N.A.A.C.P. – New Haven" containing a white, powdery substance and a piece of paper including the handwritten words "You all die!" and "**Anthrax* is an acute infectious disease caused by the spore-forming bacterium Bacillus anthracis," with the intent to convey the false and misleading information that the powder contained a biological agent and toxin, which conduct would

constitute a violation of Chapter 10 of Title 18, United States Code, Section 175(a) – transfer and possession of a biological agent or toxin for use as a weapon.

In violation of Title 18, United States Code, Section 1038(a)(1).

## COUNT FOURTEEN
(False information and hoax)

29. Paragraphs 1 and 2 are incorporated by reference.

30. On or about September 4, 2018, in the District of Connecticut, the defendant, knowingly engaged in conduct with intent to convey false and misleading information, under circumstances where such information may reasonably be believed and where such information indicated that an activity has taken, is taking, or will take place that would constitute a violation of Chapter 10 of Title 18 of the United States Code; that is, the defendant knowingly mailed an envelope addressed to "Islamic Center of New London" containing a white, powdery substance and a piece of paper including the handwritten words "You Die" and "Anthrax is an acute infectious disease caused by the spore-forming bacterium Bacillus anthracis, a category A agent," with the intent to convey the false and misleading information that the powder contained a biological agent and toxin, which conduct would constitute a violation of Chapter 10 of Title 18, United States Code, Section 175(a) – transfer and possession of a biological agent or toxin for use as a weapon.

In violation of Title 18, United States Code, Section 1038(a)(1).

## COUNT FIFTEEN
(False information and hoax)

31. Paragraphs 1 and 2 are incorporated by reference.

32. On or about September 4, 2018, in the District of Connecticut, the defendant, knowingly engaged in conduct with intent to convey false and misleading

information, under circumstances where such information may reasonably be believed and where such information indicated that an activity has taken, is taking, or will take place that would constitute a violation of Chapter 10 of Title 18 of the United States Code; that is, the defendant knowingly mailed an envelope addressed to "Congregation Adath Israel" containing a white, powdery substance and a piece of paper including the handwritten words "Anthrax - Bacillus anthracis," with the intent to convey the false and misleading information that the powder contained a biological agent and toxin, which conduct would constitute a violation of Chapter 10 of Title 18, United States Code, Section 175(a) – transfer and possession of a biological agent or toxin for use as a weapon.

In violation of Title 18, United States Code, Section 1038(a)(1).

## COUNT SIXTEEN
(Threats against President)

33.  Paragraphs 1 and 2 are incorporated by reference.

34.  On or about September 4, 2018, the defendant, did knowingly and willfully deposit for conveyance in the mail and for a delivery from a post office and by a letter carrier addressed to "The Honorable President Donald Trump" a letter, paper, writing, print, missive, and document containing a threat to take the life of and to inflict bodily harm upon the President of the United States, that is, the envelope contained a white, powdery substance and a piece of paper including the handwritten words "You Die," "Bacillus anthracis," and "I, Gary Gravelle, … as a faithful soldier of the AKA, am coming to KILL Donald Trump …."

In violation of Title 18, United States Code, Section 871(a).

A TRUE BILL

/s/
FOREPERSON

/s/
LEONARD C. BOYLE
FIRST ASSISTANT UNITED STATES ATTORNEY

/s/
PETER S. JONGBLOED
ASSISTANT UNITED STATES ATTORNEY